**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-7240**

_____

MICHAEL HARRISON,

                    Plaintiff - Appellant,

          v.

SCOTT OAKLEY, IGO; JOHN A. ROWLEY, Commissioner; VICTORIA
BURKHARD, Assistant Commissioner; PRISON HEALTH SERVICES,
INCORPORATED; CORRECTIONAL MEDICAL SERVICES, INCORPORATED;
RAZAAK ENIOLA, M.D.; LYNN COLE, Regional Manager; DOCTOR
MATHIS,

                    Defendants – Appellees,

          and

JOHN  DOE,  Regional  Manager;  JOHN  DOE,  Previous  Site
Administrator,

                    Defendants.

_____

Appeal from the United States District Court for the District of
Maryland,  at  Baltimore.    Richard  D.  Bennett,  District  Judge.
(1:07-cv-02468-RDB)

_____

Submitted:  June 17, 2009              Decided:  July 9, 2009

_____

Before MICHAEL, MOTZ, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Harrison, Appellant Pro Se. Phillip M. Pickus, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; Lisa J. Russell, Larry Michael Waranch, WARANCH & BROWN, LLC, Lutherville, Maryland; Philip Melton Andrews, Katrina J. Dennis, KRAMON & GRAHAM, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Harrison appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Harrison v. Oakley, No. 1:07-cv-02468-RDB (D. Md. June 25, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3